UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,[1]

Plaintiff,

v.

LA CARRETA-DERRY, INC., d/b/a LA CARRETA MEXICAN RESTAURANT; LA CARRETA-LONDONDERRY, LLC d/b/a LA CARRETA MEXICAN RESTAURANT; and HERIBERTO LEON,

Defendants.

Civil Action No. 1:20-cv-01185-PB

JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff, Secretary of Labor, United States Department of Labor, and Defendants La Carreta-Derry, Inc., La Carreta-Londonderry, LLC and Heriberto Leon hereby move the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of Labor Martin J. Walsh is automatically substituted as the proper Plaintiff in this case. For ease of reference, the Secretary and his pertinent predecessors will be referred to herein as the "Secretary" or "Plaintiff."

1

Case 1:20-cv-01185-PB   Document 21   Filed 04/01/22   Page 2 of 3

Defendants have appeared by counsel and hereby consent to the entry of this Judgment.

For Defendants La Carreta-Derry, Inc. and La Carreta-Londonderry, LLC and Heriberto Leon.

_____
Heriberto Leon
Individually, and as General Manager of La Carreta-Derry, Inc. and La Carreta-Londonderry, LLC.

/s/ Adam M. Hamel
Adam M. Hamel (NH Bar No. 17110)
adam.hamel@mclane.com
Laura M. Kahl (NH Bar No. 272149)
laura.kahl@mclane.com
MCLANE MIDDLETON, P.A.
900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326

Attorneys for Defendants La Carreta-Derry, Inc. and La Carreta-Londonderry, LLC, and Heriberto Leon.

For the Secretary:

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Wage and Hour Counsel

/s/ Paul Spanos
Paul Spanos
Sr. Trial Attorney
Spanos.paul@dol.gov
OH Bar No. 0069269

U.S. Department of Labor
Attorneys for Plaintiff

2

117114\20969356.v1

**Certificate of Service**

I hereby certify that on April 1, 2022, a copy of foregoing JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER and the attached Exhibit 1 were filed electronically. I further certify that on that date I served these documents on Defendants by causing them to emailed to:

Laura M. Kahl
laura.kahl@mclane.com
300 TradeCenter, Suite 7000
Woburn, MA 01801
781-904-2700

                                              Seema Nanda
                                              Solicitor of Labor

                                              Maia S. Fisher
                                              Regional Solicitor

                                              Mark A. Pedulla
                                              Wage and Hour Counsel

                                              <u>/s/ Paul Spanos</u>
                                              Paul Spanos
                                              Sr. Trial Attorney
                                              Spanos.paul@dol.gov
                                              OH Bar No. 0069269

                                              U.S. Department of Labor
                                              Attorneys for Plaintiff