```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

US Department of Labor, Secretary

    v.

La Carreta-Derry, Inc. et al           Case No. 20-cv-1185-PB

## JUDGMENT

In accordance with the Consent Judgment and Order by Judge Paul Barbadoro dated April 5, 2022, judgment is hereby entered.

                              By the Court:

                              _____
                              Daniel J. Lynch
                              Clerk of Court

Date: April 5, 2022

cc: Counsel of Record